UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

~~FORT~~ ~~MYERS~~ Division



FILED

APR 4 2023

Clerk, US District Court
Middle District of Florida
Fort Myers, Florida

CIVIL RIGHTS COMPLAINT FORM

Pickett, John
_____

CASE NUMBER: 2:23-cv-00233-SPC-KCD
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison number, if applicable)

v.

Kevin Rambosk
Capt D Canady
CPl J Grant
Director K Bouza
CPl. Meek

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

**ANSWER ALL OF THE FOLLOWING QUESTIONS:**

I. PLACE OF PRESENT CONFINEMENT: Collier County Fla
(Indicate the name and location)

II. DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes ( ) No (X)

[If your answer is YES, after reviewing the exhaustion requirements, answer the following questions]

DC 225 (Rev. 9/03)

1

EXHAUSTION OF ADMINISTRATIVE REMEDIES: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:

General Grievance

    1. Informal Grievance (Form DC3-005)
    2. Formal Grievance (Form DC1-303)
    3. Appeal to the Office of Secretary (Form DC1-303)

Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A.   Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22 (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

    1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes (✓) No ( ) they Refuse FuR that attachment

    2. If so, you must attach a copy of the grievance and response to this Complaint form.

    3. Were you denied emergency status? Yes ( ) No (✓)

        a. If so, did you go through the informal grievance, formal grievance and appeal process? Yes (✓) No ( )

        b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B.   Informal Grievance (Request for Interview)

1. Did you submit an informal grievance (Form DC3-005)? Yes ( ) No (✓)

2. If so, you must attach a copy of the grievance and response to this Complaint form.

C. Formal Grievance (Request for Administrative Remedy or Appeal)

1. Did you have a disciplinary hearing concerning this matter? Yes (✓) No ( )

2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

3. Did you submit a formal grievance (Form DC1-303)? Yes ( ) No (✓)

4. If so, you must attach a copy of the grievance and response to this Complaint form.

D. Appeal to the Office of the Secretary (Request for Administrative Remedy or Appeal)

1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes ( ) No (✓)

2. If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this _____ day of _____, 2 _____.

_____John Pickett_____
Signature of Plaintiff

DEVIN LARUSSO
MY COMMISSION # HH 359200
EXPIRES: February 7, 2027

DC 225 (Rev. 9/03)

3

III. DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY? Yes (✓) No ( )

If your answer is YES, answer the following questions.

A. Is there a grievance procedure at your institution or jail? Yes (✓) No ( )

B. Did you present the facts relating to your Complaint in the grievance procedure? Yes ( ) No ( )

C. If your answer is YES:

1. What steps did you take? Request and grievance procedure,

2. What were the results? nothing

3. To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D. If your answer is NO, explain why not: _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this _____ day of _____, 2 _____.

_____
Signature of Plaintiff

John Pickett

DEVIN LARUSSO
MY COMMISSION # HH 359200
EXPIRES: February 7, 2027

DC 225 (Rev. 9/03)

4

IV.  PREVIOUS LAWSUITS:

  A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

  B. Have you initiated other lawsuits in federal court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

  C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1. Parties to previous lawsuit:

      Plaintiff(s): _____

      _____

      Defendant(s): _____

      _____

   2. Court (if federal court, name the district; if state court, name the county):

      _____

   3. Docket Number: _____

   4. Name of judge: _____

   5. Briefly describe the facts and basis of the lawsuit: _____

      _____

      _____

   6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

      _____

      _____

   7. Approximate filing date: _____

   8. Approximate disposition date: _____

  D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case: Yes

Yes the police Department in 2001 in 7A

V. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: N/A

   Mailing address: N/A

B. Additional Plaintiffs: N/A

In part C of this section, indicate the full name of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: Kevin Rambock

   Mailing Address: 3347 Tamimi TR E

   Position: Shiriff

   Employed at: Collier County

D. Defendant: Carl D. Canady

   Mailing Address: 3347 Tamimi TR E Collier County

   Position: [illegible]/CADFP

   Employed at:

E. Defendant: CPl. J grant
   Mailing Address: 3347 Tamimi Tr E

   Position: CPl
   Employed at: Collier County

F. Defendant: CPl grant Director K
   Mailing Address: 3347 Tamimi Tr E Bouza
   Collier County

   Position: CPl Director K
   Employed at:

G. Defendant: CPl. Meek
   Mailing Address: 3347 Tamiami Tr E
   Collier County

   Position: Corporal
   Employed at: Naples County Jail

DC 225 (Rev. 9/03)

7

VI. **STATEMENT OF CLAIM**: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

Kevin Ramosk he is the head person over. Capt D. Canady; Cpl. J Grant; Director K. Bouza: These are the officers that violated my care custody and control rights to see the video this is what i recall Double Jeopardy

VII. **STATEMENT OF FACTS**: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant(s)).

Capt D Canady @ 3:15 on 01/24/2023 @ Collier County Jail Ms: Canady wrote false allegations and charged me with a Battery inside the jailhouse saying that i spit on Mr. Ralph Louis on his facial area K Bouza on 02/03/2023 he didn't want to overturn the DR knowing that i never spite on Mr Louis

DC 225 (Rev. 9/03)

8

Statement of Facts, continued:

And I have a constitution right to see the video Because its my rights the officer Meek #2819 said in the DR hearing that i don't have any Rights to see the Video. I got all the copies of the Rest of DR's and they made it a final decisions saying that they werent going to change anything the Reason them giving me this charge was Because it was a major conflic with myself and Cpl canady she tried to get get backs from me writting her up with members misconduct form appeal on this case previously and it was turned around for nothing, this appeal I want to use Couch alias my witness to this case, I did NOT sp it on the other inmate therefore no spot even hit Ralph lewis on the face or other parts of his body Sgt Alexander got into it with meek Cpl because they cli sa greed on the subject.

VIII. RELIEF REQUESTED: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

File PeRJURY on CaPt D Canady asWell With CPI J Grant and DiRector K Bauza FoR failing to do they Job and lien on their PaPeR woRk I ask the CouRts to Give me maliCious PRosecution FoR Out oftheiR way also im asking the CouRts FoR $50,000,000 dollars

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this 29 day of March, 2023.

JohN E Pickett
039140
NaPles JaiL Center
John Pickett
(Signatures of all Plaintiffs)



DEVIN LARUSSO
MY COMMISSION # HH 359200
EXPIRES: February 7, 2027